**Fill in this information to identify the case:**

United States Bankruptcy Court for the Southern District of Texas

Case number (*if known*): ________________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

**1. Debtor's name** CBL/Regency I, LLC

**2. All other names debtor used in the last 8 years** N/A

Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) N/A

**4. Debtor's address**

**Principal place of business**

2030 Hamilton Place Blvd.
Number Street

CBL Center, Suite 500

Chattanooga Tennessee 37421
City State ZIP Code

Hamilton County
County

**Mailing address, if different from principal place of business**

Number Street

P.O. Box

City State ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City State ZIP Code

**5. Debtor's website** (URL) www.cblproperties.com

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify:

Debtor CBL/Regency I, LLC Case number (if known) 20-_____ ( )
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax- exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
5313 – Activities Related to Real Estate

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1). Its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000 **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes District __________ When __________ Case number __________
MM/ DD/ YYYY

District __________ When __________ Case number __________
MM / DD/ YYYY

Debtor CBL/Regency I, LLC
Name

Case number (if known) 20-_____ ( )

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes Debtor See Schedule 1 Relationship See Schedule 1
District Southern District of Texas When See Schedule 1
MM / DD/ YYYY
Case number, if known

**11. Why is the case filed in this district?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number Street

City State ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency
Contact Name
Phone

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

**(on a consolidated basis with all affiliated debtors)**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☒ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor CBL/Regency I, LLC Case number (if known) 20-_____ ( )
Name

**15. Estimated assets**
(on a consolidated basis with all affiliated debtors)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**
(on a consolidated basis with all affiliated debtors)

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2020
MM / DD / YYYY

✘ /s/ Jeffery V. Curry
Signature of authorized representative of debtor

Jeffery V. Curry
Printed name

Chief Legal Officer and Secretary
Title

**18. Signature of attorney**

✘ /s/ Alfredo R. Pérez
Signature of attorney for debtor

Date November 13, 2020
MM / DD / YYYY

Alfredo R. Pérez Ray C. Schrock, P.C.
Printed Name

Weil, Gotshal & Manges LLP Weil, Gotshal & Manges LLP
Firm Name

700 Louisiana, Suite 1700 767 Fifth Avenue
Address

Houston, Texas 77002 New York, New York 10153
City/State/Zip

(713) 546-5000 (212) 310-8000
Contact Phone

alfredo.perez@weil.com ray.schrock@weil.com
Email Address

15776275 Texas
Bar Number State

## Schedule 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On November 13, 2020, the affiliated entity listed below filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas. A motion will be filed with the Court requesting that the chapter 11 cases of this debtor and the affiliated entities identified below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure with the Initial Debtors Cases (as hereinafter defined).

| COMPANY | CASE NUMBER |
|---|---|
| CBL/Regency I, LLC | 20-______( ) |

Beginning on November 1, 2020, each of the affiliated entities listed below (collectively, the "**Debtors**") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "**Initial Debtors Cases**"). The Initial Debtors Cases have been consolidated for procedural purposes only and are being jointly administered under **CBL & Associates Properties, Inc. Case No. 20-35226 (DRJ)**.

| COMPANY | CASE NUMBER |
|---|---|
| CBL/Sunrise Commons, L.P. | 20-35225 (DRJ) |
| CBL & Associates Properties, Inc. | 20-35226 (DRJ) |
| CBL Holdings I, Inc. | 20-35227 (DRJ) |
| CBL Holdings II, Inc. | 20-35228 (DRJ) |
| CBL & Associates Limited Partnership | 20-35229 (DRJ) |
| CBL & Associates Management, Inc. | 20-35230 (DRJ) |
| Akron Mall Land, LLC | 20-35267 (DRJ) |
| Alamance Crossing II, LLC | 20-35268 (DRJ) |
| Alamance Crossing, LLC | 20-35269 (DRJ) |
| APWM, LLC | 20-35270 (DRJ) |
| Arbor Place Limited Partnership | 20-35231 (DRJ) |
| Asheville, LLC | 20-35271 (DRJ) |
| Brookfield Square Joint Venture | 20-35272 (DRJ) |
| Brookfield Square Parcel, LLC | 20-35273 (DRJ) |
| CBL Eagle Point Member, LLC | 20-35274 (DRJ) |
| CBL HP Hotel Member, LLC | 20-35275 (DRJ) |
| CBL RM-Waco, LLC | 20-35232 (DRJ) |
| CBL SM-Brownsville, LLC | 20-35233 (DRJ) |
| CBL Statesboro Member, LLC | 20-35276 (DRJ) |
| CBL Walden Park, LLC | 20-35277 (DRJ) |

| COMPANY | CASE NUMBER |
|---|---|
| CBL/Brookfield I, LLC | 20-35278 (DRJ) |
| CBL/Brookfield II, LLC | 20-35279 (DRJ) |
| CBL/Cherryvale I, LLC | 20-35282 (DRJ) |
| CBL/Citadel I, LLC | 20-35283 (DRJ) |
| CBL/Citadel II, LLC | 20-35284 (DRJ) |
| CBL/EastGate I, LLC | 20-35285 (DRJ) |
| CBL/EastGate II, LLC | 20-35286 (DRJ) |
| CBL/EastGate Mall, LLC | 20-35287 (DRJ) |
| CBL/Fayette I, LLC | 20-35288 (DRJ) |
| CBL/Fayette II, LLC | 20-35295 (DRJ) |
| CBL/GP Cary, Inc. | 20-35296 (DRJ) |
| CBL/GP II, Inc. | 20-35307 (DRJ) |
| CBL/GP V, Inc. | 20-35309 (DRJ) |
| CBL/GP VI, Inc. | 20-35311 (DRJ) |
| CBL/GP, Inc. | 20-35314 (DRJ) |
| CBL/Gulf Coast, LLC | 20-35316 (DRJ) |
| CBL/Imperial Valley GP, LLC | 20-35234 (DRJ) |
| CBL/J I, LLC | 20-35318 (DRJ) |
| CBL/J II, LLC | 20-35320 (DRJ) |
| CBL/Kirkwood Mall, LLC | 20-35235 (DRJ) |
| CBL/Madison I, LLC | 20-35236 (DRJ) |
| CBL/Monroeville Expansion I, LLC | 20-35321 (DRJ) |
| CBL/Monroeville Expansion II, LLC | 20-35324 (DRJ) |
| CBL/Monroeville Expansion III, LLC | 20-35326 (DRJ) |
| CBL/Monroeville Expansion Partner, L.P. | 20-35280 (DRJ) |
| CBL/Monroeville Expansion, L.P. | 20-35289 (DRJ) |
| CBL/Monroeville I, LLC | 20-35291 (DRJ) |
| CBL/Monroeville II, LLC | 20-35292 (DRJ) |
| CBL/Monroeville III, LLC | 20-35293 (DRJ) |
| CBL/Monroeville Partner, L.P. | 20-35298 (DRJ) |
| CBL/Monroeville, L.P. | 20-35299 (DRJ) |
| CBL/Nashua Limited Partnership | 20-35300 (DRJ) |
| CBL/Old Hickory I, LLC | 20-35301 (DRJ) |
| CBL/Old Hickory II, LLC | 20-35302 (DRJ) |
| CBL/Parkdale Crossing GP, LLC | 20-35303 (DRJ) |
| CBL/Parkdale Crossing, L.P. | 20-35304 (DRJ) |
| CBL/Parkdale Mall GP, LLC | 20-35305 (DRJ) |
| CBL/Parkdale, LLC | 20-35306 (DRJ) |

| COMPANY | CASE NUMBER |
|---|---|
| CBL/Penn Investments, LLC | 20-35310 (DRJ) |
| CBL/Richland G.P., LLC | 20-35237 (DRJ) |
| CBL/Sunrise Commons GP, LLC | 20-35312 (DRJ) |
| CBL/Sunrise GP, LLC | 20-35238 (DRJ) |
| CBL/Sunrise Land, LLC | 20-35313 (DRJ) |
| CBL/Sunrise XS Land, L.P. | 20-35315 (DRJ) |
| CBL/Westmoreland I, LLC | 20-35239 (DRJ) |
| CBL/Westmoreland II, LLC | 20-35240 (DRJ) |
| CBL/Westmoreland, L.P. | 20-35241 (DRJ) |
| CBL-840 GC, LLC | 20-35317 (DRJ) |
| Charleston Joint Venture | 20-35319 (DRJ) |
| Cherryvale Mall, LLC | 20-35242 (DRJ) |
| Coolsprings Crossing Limited Partnership | 20-35322 (DRJ) |
| Cross Creek Anchor S GP, LLC | 20-35323 (DRJ) |
| Cross Creek Anchor S, LP | 20-35325 (DRJ) |
| CW Joint Venture, LLC | 20-35243 (DRJ) |
| Dakota Square Mall CMBS, LLC | 20-35328 (DRJ) |
| Development Options, Inc. | 20-35330 (DRJ) |
| D'Iberville CBL Land, LLC | 20-35327 (DRJ) |
| Dunite Acquisitions, LLC | 20-35333 (DRJ) |
| East Towne Parcel I, LLC | 20-35335 (DRJ) |
| EastGate Anchor S, LLC | 20-35336 (DRJ) |
| EastGate Company | 20-35339 (DRJ) |
| Eastland Anchor M, LLC | 20-35341 (DRJ) |
| Eastland Holding I, LLC | 20-35343 (DRJ) |
| Eastland Holding II, LLC | 20-35345 (DRJ) |
| Eastland Mall, LLC | 20-35347 (DRJ) |
| Eastland Member, LLC | 20-35348 (DRJ) |
| Fayette Middle Anchor, LLC | 20-35350 (DRJ) |
| Fayette Plaza CMBS, LLC | 20-35334 (DRJ) |
| Frontier Mall Associates Limited Partnership | 20-35244 (DRJ) |
| GCTC Peripheral IV, LLC | 20-35337 (DRJ) |
| Gunbarrel Commons, LLC | 20-35338 (DRJ) |
| Hamilton Place Anchor S, LLC | 20-35342 (DRJ) |
| Hammock Landing/West Melbourne, LLC | 20-35344 (DRJ) |
| Hanes Mall Parcels, LLC | 20-35346 (DRJ) |
| Harford Mall Business Trust | 20-35349 (DRJ) |

| COMPANY | CASE NUMBER |
|---|---|
| Henderson Square Limited Partnership | 20-35351 (DRJ) |
| Hickory Point Outparcels, LLC | 20-35352 (DRJ) |
| Hixson Mall, LLC | 20-35245 (DRJ) |
| Imperial Valley Commons, L.P. | 20-35357 (DRJ) |
| Imperial Valley Mall GP, LLC | 20-35246 (DRJ) |
| Imperial Valley Mall II, L.P. | 20-35247 (DRJ) |
| Imperial Valley Mall, L.P. | 20-35248 (DRJ) |
| Imperial Valley Peripheral L.P. | 20-35358 (DRJ) |
| IV Commons, LLC | 20-35361 (DRJ) |
| IV Outparcels, LLC | 20-35364 (DRJ) |
| Jefferson Anchor M, LLC | 20-35367 (DRJ) |
| Jefferson Anchor S, LLC | 20-35369 (DRJ) |
| Jefferson Mall Company II, LLC | 20-35359 (DRJ) |
| JG Gulf Coast Town Center LLC | 20-35360 (DRJ) |
| JG Winston-Salem, LLC | 20-35249 (DRJ) |
| Kirkwood Mall Acquisition LLC | 20-35251 (DRJ) |
| Kirkwood Mall Mezz LLC | 20-35250 (DRJ) |
| Laurel Park Retail Holding LLC | 20-35362 (DRJ) |
| Laurel Park Retail Properties LLC | 20-35363 (DRJ) |
| Layton Hills Mall CMBS, LLC | 20-35252 (DRJ) |
| Lexington Joint Venture | 20-35365 (DRJ) |
| LHM-Utah, LLC | 20-35370 (DRJ) |
| Madison Joint Venture, LLC | 20-35254 (DRJ) |
| Madison/East Towne, LLC | 20-35256 (DRJ) |
| Madison/West Towne, LLC | 20-35257 (DRJ) |
| Mall del Norte, LLC | 20-35258 (DRJ) |
| Mayfaire GP, LLC | 20-35253 (DRJ) |
| Mayfaire Town Center, LP | 20-35255 (DRJ) |
| MDN/Laredo GP, LLC | 20-35259 (DRJ) |
| Meridian Mall Limited Partnership | 20-35373 (DRJ) |
| Mid Rivers Land LLC | 20-35374 (DRJ) |
| Mid Rivers Mall CMBS, LLC | 20-35375 (DRJ) |
| Monroeville Anchor Limited Partnership | 20-35376 (DRJ) |
| Montgomery Partners, L.P. | 20-35378 (DRJ) |
| Mortgage Holdings, LLC | 20-35261 (DRJ) |
| Multi-GP Holdings, LLC | 20-35265 (DRJ) |
| North Charleston Joint Venture II, LLC | 20-35379 (DRJ) |
| Northgate SAC, LLC | 20-35382 (DRJ) |

| COMPANY | CASE NUMBER |
|---|---|
| Northpark Mall/Joplin, LLC | 20-35384 (DRJ) |
| Old Hickory Mall Venture | 20-35387 (DRJ) |
| Old Hickory Mall Venture II, LLC | 20-35388 (DRJ) |
| Parkdale Anchor M, LLC | 20-35389 (DRJ) |
| Parkdale Crossing Limited Partnership | 20-35390 (DRJ) |
| Parkdale Mall Associates, L.P. | 20-35391 (DRJ) |
| Parkdale Mall, LLC | 20-35394 (DRJ) |
| Parkway Place Limited Partnership | 20-35395 (DRJ) |
| Parkway Place SPE, LLC | 20-35398 (DRJ) |
| Pearland Ground, LLC | 20-35266 (DRJ) |
| Pearland Town Center GP, LLC | 20-35264 (DRJ) |
| Pearland Town Center Limited Partnership | 20-35260 (DRJ) |
| Pearland-OP Parcel 8, LLC | 20-35401 (DRJ) |
| POM-College Station, LLC | 20-35262 (DRJ) |
| Port Orange Holdings II, LLC | 20-35404 (DRJ) |
| Seacoast Shopping Center Limited Partnership | 20-35408 (DRJ) |
| Shoppes at St. Clair CMBS, LLC | 20-35396 (DRJ) |
| South County Shoppingtown LLC | 20-35400 (DRJ) |
| Southaven Town Center, LLC | 20-35402 (DRJ) |
| Southaven Towne Center II, LLC | 20-35406 (DRJ) |
| Southpark Mall, LLC | 20-35413 (DRJ) |
| Southpark Mall-DSG, LLC | 20-35416 (DRJ) |
| St. Clair Square GP I, LLC | 20-35417 (DRJ) |
| St. Clair Square Limited Partnership | 20-35419 (DRJ) |
| St. Clair Square SPE, LLC | 20-35421 (DRJ) |
| Stroud Mall, LLC | 20-35405 (DRJ) |
| Tenn-GP Holdings, LLC | 20-35410 (DRJ) |
| The Courtyard at Hickory Hollow Limited Partnership | 20-35415 (DRJ) |
| The Landing at Arbor Place II, LLC | 20-35418 (DRJ) |
| The Pavilion at Port Orange, LLC | 20-35420 (DRJ) |
| TN-Land Parcels, LLC | 20-35422 (DRJ) |
| Turtle Creek Limited Partnership | 20-35263 (DRJ) |
| TX-Land Parcels, LLC | 20-35423 (DRJ) |
| Valley View Mall SPE, LLC | 20-35424 (DRJ) |
| Volusia Mall GP, Inc. | 20-35426 (DRJ) |
| Volusia Mall Limited Partnership | 20-35427 (DRJ) |
| Volusia SAC, LLC | 20-35397 (DRJ) |

| COMPANY | CASE NUMBER |
|---|---|
| Volusia-OP Peripheral, LLC | 20-35399 (DRJ) |
| West Towne District, LLC | 20-35403 (DRJ) |
| Westgate Crossing Limited Partnership | 20-35407 (DRJ) |
| WestGate Mall II, LLC | 20-35409 (DRJ) |
| WestGate Mall Limited Partnership | 20-35411 (DRJ) |
| WI-Land Parcels, LLC | 20-35412 (DRJ) |
| York Galleria Limited Partnership | 20-35414 (DRJ) |

**ACTION BY**
**WRITTEN CONSENT OF**
**THE CHIEF MANAGER OF CBL/REGENCY I, LLC**
**NOVEMBER 13, 2020**

The undersigned, being the Chief Manager (the "Chief Manager") of CBL/Regency I, LLC, a Delaware limited liability company (the "Company") does hereby consent to, adopt and approve, by written consent in accordance with Section 18-404(d) of the Delaware Limited Liability Company Act and the relevant provisions of the Limited Liability Company Agreement of the Company, dated as of December 5, 2000, as amended, the following resolutions and each and every action effected thereby:

**WHEREAS**, on November 1, 2020, CBL & Associates Properties, Inc., CBL & Associates Limited Partnership (the Chief Manager and sole member of the Company) and certain of its affiliates filed petitions with the Bankruptcy Court (as defined below) seeking relief under the provisions of the Bankruptcy Code (as defined below); and

**WHEREAS**, the Chief Manager believes that taking the actions set forth below are in the best interests of the Company and, therefore, desires to approve the following resolutions.

## I. Commencement of Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, the Chief Manager has determined that it is desirable and in the best interests of the Company, its creditors, and other parties in interest that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and be it further

**RESOLVED**, that Charles B. Lebovitz, Stephen D. Lebovitz, Michael I. Lebovitz, Farzana Khaleel, Jeffery V. Curry and Katie Reinsmidt (with respect to the Company, each such person, an "Authorized Person"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, to negotiate, execute, deliver and file with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), in the name and on behalf of the Company, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents (collectively, the "Chapter 11 Filings") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it further

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with the Company's chapter 11 cases (collectively, the "Chapter 11 Cases") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Cases with a view to the successful prosecution of the Chapter 11 Cases (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## II. Retention of Advisors

**RESOLVED**, that, in connection with the Chapter 11 Cases, any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Company, to employ and retain all assistance by legal counsel, accountants, financial advisors, investment bankers and other professionals, on behalf of the Company, that such Authorized Person deems necessary, appropriate or advisable in connection with, or in furtherance of, the Chapter 11 Cases, with a view to the successful prosecution of the Chapter 11 Cases (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

**RESOLVED**, that the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153, is hereby retained as attorneys for the Company in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Moelis & Company, located at 399 Park Avenue, 5th Floor, New York, NY 10022, is hereby retained as investment banker for the Company in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Berkeley Research Group, LLC, located at 99 High Street, 27th Floor, Boston, MA 02110, is hereby retained as financial advisor for the Company in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that the firm of Epiq Corporate Restructuring, LLC, located at 777 Third Avenue, 12th Floor, New York, New York 10017, is hereby retained as claims agent for the Company in the Chapter 11 Cases, subject to Bankruptcy Court approval; and be it further

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts and deeds, including, without limitation, (i) the payment of any consideration, (ii) the payment of fees, expenses and taxes such Authorized Person deems necessary, appropriate, or desirable, and (iii) negotiating, executing, delivering, performing and filing any and all documents, motions, pleadings, applications, declarations, affidavits, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with the engagement of professionals contemplated by the foregoing resolutions (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

## III. <u>General Authority and Ratification</u>

**RESOLVED**, that any Authorized Person, in each case, acting singly or jointly, be, and each hereby is, authorized, empowered and directed, with full power of delegation, in the name and on behalf of the Company, to take and perform any and all further acts or deeds, including, but not limited to, (i) the negotiation of such additional agreements, amendments, modifications, supplements, reports, documents, instruments, applications, notes or certificates that may be required, (ii) the execution, delivery, performance under and filing (if applicable) of any of the foregoing, and (iii) the payment of all fees, consent payments, taxes and other expenses as any such Authorized Person, in his or her sole discretion, may approve or deem necessary, appropriate or desirable in order to carry out the intent and accomplish the purposes of the foregoing resolutions and the transactions contemplated thereby, all of such actions, executions, deliveries, filings and payments to be conclusive evidence of such approval or that such Authorized Person deemed the same to meet such standard; and be it further

**RESOLVED**, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

[*Remainder of page intentionally left blank. Signature page follows.*]

**IN WITNESS WHEREOF**, the undersigned, being the Chief Manager of CBL/Regency I, LLC has executed this written consent as of the date first set forth above.

**CBL & ASSOCIATES LIMITED PARTNERSHIP**,
a Delaware limited liability company

By: CBL Holdings I, Inc., its sole general partner

By: ______________________
Name: Jeffery V. Curry
Title: Chief Legal Officer

*[Signature page to Written Consent]*

**Fill in this information to identify the case:**

Debtor name: CBL/Regency I, LLC

United States Bankruptcy Court for the Southern District of Texas
(State)

Case number (*If known*):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of consolidated creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.[1]**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Delaware Trust Company as Indenture Trustee<br>Attn.: Michelle Dreyer, Corporate Trust Administration<br>251 Little Falls Drive<br>Wilmington, Delaware 19808 | Attn.: Michelle Dreyer, Corporate Trust Administration<br>Phone: (866) 403-5272<br>Facsimile: (302) 636 5454<br>Email: michelle.dreyer@cscgfm.com | Unsecured Notes | | | | $1,381,900,000.00 |
| 2 | Husch Blackwell LLP<br>Attn.: Ron Feldman<br>P.O. Box 790379<br>St. Louis, Missouri 63179 | Attn.: Ron Feldman<br>Phone: (423) 266-5500<br>Email: remit@huschblackwell.com | Legal Services | | | | $126,807.48 |
| 3 | CCI Construction of SC Inc.<br>Attn.: Derick Owens<br>130 Venture Boulevard., Suite 1<br>Spartanburg, South Carolina 29306-3801 | Attn.: Derick Owens<br>Phone: (864) 587-0852<br>Email: cciderek@yahoo.com | Trade Payable | | | | $93,596.00 |
| 4 | ERMC LLC<br>Attn.: Tamie Morgan<br>2226 Encompass Drive, Suite 116<br>Chattanooga, Tennessee 37421-1576 | Attn.: Tamie Morgan<br>Phone: (423) 899-2753<br>Email: tamie.morgan@ermc2.com | Trade Payable | | | | $58,865.90 |
| 5 | Recycling & Waste Solutions LLC<br>Attn.: Nancy Settle<br>3 Dickinson Drive, Suite 103<br>Brandywine 4 Building<br>Chadds Ford, Pennsylvania 19317 | Attn.: Nancy Settle<br>Phone: (484) 849-7027<br>Email:<br>nsettle@rwsfacilityservices.com | Trade Payable | | | | $50,789.94 |
| 6 | SecurAmerica LLC<br>Attn.: Tamie Morgan<br>3399 Peachtree Road, NE, Suite 1500<br>Atlanta, Georgia 30326-1151 | Attn.: Tamie Morgan<br>Phone: (404) 926-4222<br>Email: tamie.morgan@ermc2.com | Trade Payable | | | | $37,158.38 |
| 7 | Charleston County<br>Attn.: Mary Tinkler<br>4045 Bridge View Drive<br>North Charleston, South Carolina 29405 | Attn.: Mary Tinkler<br>Phone: (843) 202-6080<br>Email:<br>stormwater@charlestoncounty.org | Trade Payable | | | | $35,231.80 |

[1] The following is a consolidated list of creditors holding the 30 largest unsecured claims against the above-captioned debtor and its affiliated debtors (the "Debtors"). The list reflects amounts from the Debtors' books and records as of October 29, 2020.

Debtor CBL/Regency I, LLC
Name

Case number (if known) 20-_____ ( )

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 8 | Subway Real Estate LLC<br>Attn.: Christopher Ferguson<br>325 Sub Way<br>Milford, Connecticut 06461-3081 | Attn.: Christopher Ferguson<br>Phone: (800) 888-4848<br>Email: Ferguson_c@subway.com | Trade Payable | | | | $30,000.00 |
| 9 | Miller-McCoy, Inc.<br>Attn.: R. Wayne McCoy<br>915 Creekside Road<br>Chattanooga, Tennessee 37406 | Attn.: R. Wayne McCoy<br>Phone: (423) 698-2661<br>Email: rmccoy@millermccoy.com | Trade Payable | | | | $23,861.47 |
| 10 | Jones Lang LaSalle Brokerage Inc.<br>Attn.: Marti Johnson<br>200 E. Randolph Street, Suite 4300<br>Chicago, Illinois 60601-6519 | Attn.: Marti Johnson<br>Phone: (251) 301-7248<br>Email: Marti.Johnson@am.jll.com | Trade Payable | | | | $23,848.00 |
| 11 | Boen Plumbing Inc.<br>Attn.: Stephanie Boen<br>P.O. Box 21803<br>Waco, Texas 76702 | Attn.: Stephanie Boen<br>Phone: (254) 757-2500<br>Email: boenplumbing@sbcglobal.net | Trade Payable | | | | $19,173.45 |
| 12 | KONE Inc.<br>Attn.: Paula Royer<br>P.O. Box 3491<br>Carol Stream, Illinois 60132-3491 | Attn.: Paula Royer<br>Phone: (877) 276-8691<br>Email: Paula.Royer@kone.com | Trade Payable | | | | $16,477.90 |
| 13 | Western Specialty Contractors<br>Attn.: Carter Pogue<br>7401 Alabama Avenue<br>St. Louis, Missouri 63111 | Attn.: Carter Pogue<br>Phone: (314) 773-8813<br>Email: daveec@westerngroup.com | Trade Payable | | | | $15,435.00 |
| 14 | Piedmont Property Services, Inc.<br>Attn.: P. Smaatt<br>404 Old Thomasville Road<br>High Point, North Carolina 27260 | Attn.: P. Smaatt<br>Phone: (336) 886-6393<br>Email: ppsmatt@northstate.net | Trade Payable | | | | $12,827.48 |
| 15 | Palmetto Door Controls & Glass LLC<br>Attn.: Heather Latshaw<br>1284 Surfside Industrial Park<br>Surfside, South Carolina 29575 | Attn.: Heather Latshaw<br>Phone: (843) 839-0923<br>Email:<br>heather@palmettodoorcontrols.com | Trade Payable | | | | $12,353.35 |
| 16 | Brite Ideas Contracting, LLC<br>Attn.: John Gingow<br>2156 Fineview Drive<br>York, Pennsylvania 17406 | Attn.: John Gingow<br>Phone: (717) 575-9402<br>Email: johnsbriteideas@gmail.com | Trade Payable | | | | $12,062.50 |
| 17 | Trane U.S. Inc.<br>Attn.: Sam Shore<br>P.O. Box 406469<br>Atlanta, Georgia 30384-6469 | Attn.: Sam Shore<br>Phone: (423) 296-1506<br>Email: smshore@trane.com | Trade Payable | | | | $10,526.13 |
| 18 | Champions Real Estate Group LLC<br>Attn.: Lin Teng<br>6117 Richmond Avenue, Suite 120<br>Houston, Texas 77057-6267 | Attn.: Lin Teng<br>Phone: (713) 847-6666<br>Email: lin@bellairefoodstreet.com | Trade Payable | | | | $10,466.16 |
| 19 | Trimmers Holiday Décor<br>Attn.: Dale Norwine<br>2650 59th Street<br>Sarasota, Florida 34243 | Attn.: Dale Norwine<br>Phone: (941) 355-6655<br>Email: dale@trimmershd.com | Trade Payable | | | | $9,643.38 |
| 20 | Foxhill Construction LLC<br>Attn.: Joe Jones<br>139 Dogwood Lane<br>Hampstead, North Carolina 28443 | Attn.: Joe Jones<br>Phone: (919) 384-6535<br>Email: joe@foxhillconstruction.com | Trade Payable | | | | $9,000.00 |

Debtor CBL/Regency I, LLC
Name

Case number (if known) 20-_____ ( )

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| 21 | Florida Bulb & Ballast Inc.<br>Attn.: Karen Jones<br>1617 Cooling Street<br>Melbourne, Florida 32935-5905 | Attn.: Karen Jones<br>Phone: (321) 259-7882<br>Email:<br>customerservice@flabulb.com | Trade Payable | | | | $8,109.90 |
| 22 | Schindler Elevator Corporation<br>Attn.: David O'Brien<br>P.O. Box 93050<br>Chicago, Illinois 60673-3050 | Attn.: David O'Brien<br>Phone: (864) 627-5332<br>Fax: (412) 578-6600 | Trade Payable | | | | $7,855.28 |
| 23 | A & H Mechanical Contracting, Inc.<br>Attn.: Cindy<br>P.O. Box 38<br>Collinsville, Illinois 62234 | Attn.: Cindy<br>Phone: (618) 874-5588<br>Email: cindy@ahmech.com | Trade Payable | | | | $6,765.00 |
| 24 | SoCo Services, LLC.<br>Attn.: Chris<br>1001 Springwood Avenue, Unit #2<br>Gibsonville, North Carolina 27249 | Attn.: Chris<br>Phone: (336) 446-1334<br>Email: socoservices@yahoo.com | Trade Payable | | | | $6,363.00 |
| 25 | AFL Network Services Inc.<br>Attn.: Carolyn Price<br>P.O. Box 896112<br>Charlotte, North Carolina 28283 | Attn.: Carolyn Price<br>Phone: (800) 368-1034<br>Email: carolyn.price@aflglobal.com | Trade Payable | | | | $6,300.86 |
| 26 | DCO Construction LLC<br>Attn.: Eladio Cuellar<br>50 E. Elizabeth Street<br>Brownsville, Texas 78520 | Attn.: Eladio Cuellar<br>Phone: (956) 521-2578<br>Email: Ecuellardesigns@yahoo.com | Trade Payable | | | | $5,500.00 |
| 27 | The Wilbert Group<br>Attn.: M. Braykovich<br>1718 Peachtree Street, Suite 1048<br>Atlanta, Georgia 30309-2422 | Attn.: M. Braykovich<br>Phone: (404) 343-4080<br>Email:<br>mbraykovich@thewilbertgroup.com | Trade Payable | | | | $5,250.00 |
| 28 | JennMack Group LLC<br>Attn.: Jennifer Irving<br>1327 Brewer Road<br>Winston Salem, North Carolina 27127 | Attn.: Jennifer Irving<br>Phone: (412) 953-9827<br>Email:<br>brisbanegroup99@yahoo.com | Trade Payable | | | | $5,230.00 |
| 29 | Gettle Incorporated<br>Attn.: Elizabeth Bair<br>325 Busser Road<br>P.O. Box 337<br>Emigsville, Pennsylvania 17318-0337 | Attn.: Elizabeth Bair<br>Phone: (717) 843-1231<br>Email: ebair@gettle.com | Trade Payable | | | | $5,142.00 |
| 30 | Nauman Mechanical Inc.<br>Attn.: Nicole Foleno<br>P.O. Box 407<br>Stroudsburg, Pennsylvania 18360 | Attn.: Nicole Foleno<br>Phone: (570) 476-7606<br>Email: nicole@naumaninc.com | Trade Payable | | | | $4,850.00 |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re** | § | **Chapter 11** |
| **CBL/REGENCY I, LLC,** | § | **Case No. 20– ________ (    )** |
| **Debtor.** | § | |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT**
**<u>PURSUANT TO FED. R. BANKR. P. 1007 AND 7007.1</u>**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), attached hereto as **<u>Exhibit A</u>** is an organizational chart reflecting all of the ownership interests in CBL & Associates Limited Partnership (the "**Operating Partnership**") and its debtor and non-debtor subsidiaries[1]. Pursuant to Rule 1007(a)(3) of the Bankruptcy Rules, the organizational chart identifies all holders having an equity interest in the above-captioned debtor in possession.

As set forth on Exhibit A, CBL & Associates Properties, Inc. (the "**REIT**") owns 100% of the outstanding equity interests of CBL Holdings I, Inc. ("**Holdings I**") and CBL Holdings II, Inc. ("**Holdings II**").

Holdings I and Holdings II own approximately 1% and 96%, respectively, of the outstanding common units of the Operating Partnership. The remaining approximately 3% of the outstanding common units, including three (3) series of special common units, issued by the Operating Partnership are held by various third parties.[2]

---

[1] Exhibit A does not reflect any inactive subsidiaries of CBL & Associates Properties, Inc.

[2] The Series S special common units are held by entities involved in the Monroeville Mall acquisition (0.77%). The Series L special common units are held by one entity involved in the Laurel Park Mall acquisition (0.28%). The Series K special common units are held by entities that were involved in the acquisition of the Copaken Portfolio (0.43%).

Holdings II owns 100% of the preferred units issued by the Operating Partnership.

Except as set forth in the following sentence, the Operating Partnership owns, either directly or indirectly, 100% of the outstanding equity interests in the remaining Debtors. The REIT owns (i) 0.1% of the equity interests in CoolSprings Crossing Limited Partnership and (ii) less than 0.05% of the equity interests in Henderson Square Limited Partnership.

# Exhibit A

## Organizational Chart

# UPPER TIER OWNERSHIP & KEY

1




**Colors**

**Owns Unencumbered Property**

**Owns Property in Wells Fargo Borrowing Base**

**Owns Property with Recourse Debt**

**Owns Property with Non-recourse Debt**

**Items**

Non-member Manager - - →

Equity Ownership →

**Property Name**

Note

Debtor D

**Shapes**

Third Party

Non-JV Entity

Joint Venture

**Abbreviations**

CM—Chief Manager

GP—General Partner

MGP—Managing General Partner

MM—Managing Member

**Credit Facility**

Grantor G

Issuer I

Pledged Subsidiary S

Pledgor P

**Ownership**

CBL & Associates Limited Partnership →

CBL & Associates Management, Inc. →

Mortgage Holdings, LLC →

**Bonds**

Guarantor U

Issuer I

Limited Guarantor L

**General Notes**

1. Ownership assumed to be 100% unless otherwise noted.
2. Unless entity has only one member, ownership is assumed to be non-controlling unless otherwise noted.
3. CBL & Associates Management, Inc. owns various unencumbered parcels that have not been noted on this chart.
4. These charts exclude certain inactive subsidiaries of CBL & Associates Properties, Inc. that do not currently own assets or engage in business activity.

# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES

5



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES





# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES

7



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES



# CBL & ASSOCIATES LIMITED PARTNERSHIP SUBSIDIARIES

9



# MADISON JOINT VENTURE, LLC & CBL/J I, LLC SUBSIDIARIES



# CBL/J II, LLC & MORTGAGE HOLDINGS, LLC SUBSIDIARIES



# MORTGAGE HOLDINGS, LLC
# SUBSIDIARIES



# MULTI-GP HOLDINGS, LLC SUBSIDIARIES

13



# MULTI-GP HOLDINGS, LLC SUBSIDIARIES

14



# CBL & ASSOCIATES MANAGEMENT, INC. SUBSIDIARIES



# CBL & ASSOCIATES MANAGEMENT, INC. SUBSIDIARIES





# CBL & ASSOCIATES MANAGEMENT, INC.
# SUBSIDIARIES

17



# CBL & ASSOCIATES LIMITED PARTNERSHIP
# 3RD PARTY





# CBL & ASSOCIATES LIMITED PARTNERSHIP
## 3RD PARTY





# CBL & ASSOCIATES MANAGEMENT, INC.
# 3RD PARTY

20



21

# CBL & ASSOCIATES MANAGEMENT, INC.
# 3RD PARTY



# CBL & ASSOCIATES MANAGEMENT, INC.
# 3RD PARTY



# CBL/T-C, LLC
# 3RD PARTY

23



# MISCELLANEOUS
# 3RD PARTY



# MISCELLANEOUS 3RD PARTY

25



# MISCELLANEOUS 3RD PARTY



# MISCELLANEOUS
# 3RD PARTY




MISCELLANEOUS
3RD PARTY
Supplemental Key for this Chart only
Montgomery Partners, L.P.
Cafaro Governor's Square Partnership
D
P
I
CBL & Associates Limited Partnership (DE)
D
CBL & Associates Management, Inc. (DE)
99%
CBL/Kentucky Oaks, LLC (DE)
Anthony M. Cafaro, Trustee of the Revocable Family Trust
D
CBL/GP VI, Inc. (TN)
GP—1%
50%
GP—10%
D
Montgomery Partners, L.P. (TN)
The Marion Plaza, Inc. (DE)
William A. Cafaro, Anthony M. Cafaro, Jr., Mark J. Beck, Co-Trustees of the Anthony M. Cafaro Irrevocable Trust
47.5%
50%
Donald J. DeSalvo
Cafaro Governor's Square Partnership (OH)
MGP—30%
GP—10%
MGP—47.5%
MGP—50%
5%
Governor's Square Company (OH)
Governor's Square
Governor's Square Company IB (OH)
Governor's Square Plaza
Kentucky Oaks Mall Company (OH)
Kentucky Oaks Mall

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| | § | |
| **CBL/REGENCY I, LLC,** | § | **Case No. 20- ______ (●)** |
| | § | |
| **Debtor.** | § | |

**LIST OF EQUITY HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(3)**[1]

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following identifies all holders having a direct or indirect ownership interest, of the above-captioned debtor in possession.

Check applicable box:

☐ There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

☒ The following are the debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address of Equity Interest Holder | Kind/Class of Interest | Number of Interests Held |
|---|---|---|
| CBL & Associates Limited Partnership<br>2030 HAMILTON PLACE BLVD.<br>CBL CENTER, SUITE 500<br>CHATTANOOGA, TN 37421 | Membership Interests | 100% |

[1] This list serves as the required disclosure by the Debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure.

**Fill in this information to identify the case:**

Debtor name: CBL/Regency I, LLC

United States Bankruptcy Court for the Southern District of Texas
(State)

Case number (*If known*): ____________________

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☑ Other document that requires a declaration Consolidated Corporate Ownership Statement and List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2020
MM / DD /YYYY

✘ /s/ Jeffery V. Curry
Signature of individual signing on behalf of debtor

Jeffery V. Curry
Printed name

Chief Legal Officer and Secretary
Position or relationship to debtor